IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ERICSSON PENA-PEREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02258-TLP-tmp |
| v. | ) | |
| | ) | |
| TODD LYONS, Acting Director, U.S. | ) | |
| Immigration and Customs Enforcement, | ) | |
| FACILITY ADMINISTRATOR, Western | ) | |
| Tennessee Detention Facility, PAM BONDI, | ) | |
| Attorney General of the United States, and | ) | |
| KRISTI NOEM, Secretary of Homeland | ) | |
| Security, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION AS MOOT

Pro se Petitioner Ericsson Pena-Perez, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, moves to enjoin Respondent from removing, deporting, or transferring him from the Western District of Tennessee while his Petition is pending. (ECF No. 3.) But the Court's Order to Show Cause has already provided Petitioner this relief. (*See* ECF No. 8 (ordering "Respondent not to remove Petitioner from the Western District of Tennessee while the § 2441 Petition is pending).) As a result, the Court **DENIES** Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction as **MOOT**.

**SO ORDERED**, this 17th day of March, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

1